AGNES KEEFE, by next friend, vs. NARRAGANSETT ELECTRIC
LIGHTING COMPANY.

PROVIDENCE—JUNE 22, 1898.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

(1)  *Electric Wires.  Remote Cause of Injury.  Duty Owed to Plaintiff.*

One who, while walking along the jet on a house, is injured by electric
wires thereon belonging to the owner of the house and connected with
other wires of an electric lighting company, has no claim against the
company for the injuries received.

TRESPASS ON THE CASE for injuries from electric wires.
Heard on plaintiff's petition for a new trial after a verdict
had been directed for defendant.

(1)    PER CURIAM.   We think that the verdict for defendant
was properly directed.   The testimony shows that the plain-
tiff, a girl about eleven years of age, climbed out of the
window of the house in which she lived onto the jet of the
adjoining house, and, while walking along the jet of the
latter house, came in contact with certain electric wires owned
by the tenant of that building, which were connected with
the defendant's wires, and she thereby received the injury
for which the suit was brought.   We do not think that the
action can be maintained : first, because the wires by which
the plaintiff was injured were not the wires of the defendant ;
and, secondly, even if they had been, we fail to see that the
defendant would have owed any duty to the plaintiff, since
it could have had no reason to anticipate the act of the plain-
tiff in walking along the jet.

New trial denied, and case remitted to the Common Pleas
Division with direction to enter judgment for the defendant
for costs.

*Charles H. Page and Charles H. Page, Jr.,* for plaintiff.
*Frank S. Arnold,* for defendant.